Sullivan *v.* Dahlman.

A transfer by one partner of an interest in or a lien given by him upon the *corpus* of the partnership property to pay an individual debt, although made with the consent of the other partners, is fraudulent and void as to the creditors of the firm, unless the firm was at the time solvent, and sufficient property remained to pay the partnership debts (Menagh *v.* Whitwell, 52 *N. Y.* 146). Effect of transfer or mortgage by one partner to a stranger, and of a judgment recovered against the firm (*Ib.*). Effect of such mortgage on levy under said judgment (*Ib.*).

## New York Marine Court.

*Special Term—December*, 1882.

## SULLIVAN *against* DAHLMAN.

**Motion for new trial on newly-discovered evidence.**—Where the evidence newly discovered is of that problematical character known as expert testimony the motion for a new trial should be denied.

McAdam, J.—The evidence said to be newly discovered, consists chiefly of the opinions of experts, whose testimony is of that problematical character that there is no certainty that it would change the result at which the jury have already arrived in this case. Experience proves that veterinary surgeons disagree as often as they concur, and a horse case generally finds an equal number of experts on each side, advancing different theories. This is not owing to any imperfection of character or veracity, but arises from honest differences of opinion which these gentlemen believe and with candor express. Without casting the slightest reflection upon the credibility or honesty of purpose of the new evidence, the motion for a new trial upon the ground of newly-discovered evidence will be denied, because the uncertain nature of expert evidence would not, in view of the facts established, change the result upon a new trial. Motion denied, without costs.